**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6716**

_____

DERRICK GREEN, a/k/a Duryea Green,

                Petitioner - Appellant,

     v.

WARDEN GREGORY WERNER,

                Respondent - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:20-cv-00777-PX)

_____

Submitted:  November 22, 2022            Decided:  November 29, 2022

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Derrick Green, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Green seeks to appeal the district court's order dismissing his 28 U.S.C. § 2254 petition as time-barred. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on October 21, 2022. Green filed the notice of appeal on June 13, 2022.[*] Because Green failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] The District of Columbia Court of Appeals received Green's notice of appeal on this date. Green did not date his notice of appeal and no postmark is apparent on the envelope. *See Houston v. Lack*, 487 U.S. 266, 276 (1988); Fed. R. App. P. 4(c)(1) (describing rules for demonstrating timely filing); Fed. R. App. P. 4(d) (providing that notice of appeal mistakenly filed in court of appeals is deemed filed on date received by court of appeals).